UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN ALVES, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 13-10985-JLT |
| | * | |
| PROSPECT MORTGAGE, LLC, | * | |
| | * | |
| Defendant. | * | |

## ORDER

October 22, 2013

TAURO, J.

For the reasons stated in the accompanying memorandum, this court hereby orders that:

1. Defendant's <u>Motion to Stay Pending Decision on Transfer</u> [#13] is ALLOWED.

2. This case and all pending deadlines are stayed pending resolution of Defendant's Motion for Transfer of Actions.

3. The Parties shall file a joint status report within ten days of the Judicial Panel on Multidistrict Litigation issuing any ruling on Defendant's Motion for Transfer, advising this court as to whether the stay should be lifted.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge